DAVID N. WOLF (6688)
LANCE F. SORENSON (10684)
SCOTT RYTHER (5540)
JASON DUPREE (17509)
Assistant Utah Attorneys General
Utah Attorney General
160 East 300 South, 6th Floor
PO Box 140856
Salt Lake City, UT 84114-0856
Telephone: (801) 366-0100
E-mail: lancesorenson@agutah.gov
*Counsel for Defendants*

UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| PHIL LYMAN,<br><br>　　　　*Plaintiff*,<br><br>v.<br><br>DEIDRE HENDERSON, in her official capacity as Lt. Governor of the State of Utah,<br><br>　　　　*Defendant*. | **JOINT MOTION AND STIPULATION FOR EXTENSION OF DEADLINE TO FILE RESPONSE TO COMPLAINT**<br><br>Case No. 4:25-CV-00069<br><br>Judge David Nuffer<br>Magistrate Judge Paul Kohler |

　　　　The parties, by and through counsel, stipulate and jointly move the Court for an order extending the deadline by which Defendant must file a response to the Complaint from July 3, 2025, to August 4, 2025.

DATED: July 2, 2025

        OFFICE OF THE UTAH ATTORNEY GENERAL

        <u>*Lance Sorenson*</u>
        DAVID WOLF
        LANCE SORENSON
        SCOTT RYTHER
        JASON DUPREE
        Assistant Utah Attorneys General
        *Counsel for Defendant*

DATED: July 2, 2025

        MARAGANI LAW GROUP

        <u>*/s/ Goud Maragani*</u>
        Goud P. Maragani
        *Counsel for Plaintiff*