IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, SOUTHERN DIVISION

| | |
|---|---|
| PHIL LYMAN,<br><br>    *Plaintiff*,<br><br>v.<br><br>DEIDRE HENDERSON, in her official capacity as Lt. Governor of the State of Utah,<br><br>    *Defendant*. | **ORDER GRANTING JOINT MOTION AND STIPULATION FOR BRIEFING SCHEDULES OF DEFENDANT'S MOTION TO DISMISS AND PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND DENYING AS MOOT DEFENDANT'S MOTION TO STAY BRIEFING OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>Case No. 4:25-CV-00069-DN-PK<br><br>District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Based on the parties' Stipulation and Joint Motion for Briefing Schedules of Defendant's Motion to Dismiss and Plaintiff's Motion for Summary Judgment,[1] and for good cause appearing,

IT IS HEREBY ORDERED that the Motion is GRANTED.

1) The parties shall follow the timelines articulated in DUCivR 7-1 for the deadline to file Plaintiff's response to Defendant's Motion to Dismiss and Defendant's reply to such motion.

2) Defendant must file a response to Plaintiff's Motion for Summary Judgment by November 24, 2025.

---

[1] Docket No. 24, filed August 18, 2025.

IT IS ALSO ORDERED that based upon the deadlines above, Defendant's Motion to Stay Briefing of Plaintiff's Motion for Summary Judgment[2] is DENIED as MOOT.

Dated this 19th day of August, 2025.

                                            PAUL KOHLER
                                            United States Magistrate Judge

---

[2] Docket No. 20.