THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| PHIL LYMAN,<br><br>                Plaintiff,<br><br>v.<br><br>DEIDRE HENDERSON, in her official capacity as Lt. Governor of the State of Utah,<br><br>                Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. 4:25-cv-00069-DN-PK<br><br>District Judge David Nuffer |

IT IS ORDERED AND ADJUDGED as explained in the Memorandum Decision and Order Granting Defendant Lieutenant Governor Deidre Henderson's [18] Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1), that Lt. Governor Deidre Henderson's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) [1] is GRANTED.

IT IS FURTHER ORDERED that:

1.     Mr. Lyman's Motion for Summary Judgment[2] is FOUND MOOT.

2.     Lt. Governor's Motion for Relief funder Federal Rule of Civil Procedure 56(d)[3] is FOUND MOOT.

---

[1] Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1), docket no. 18, filed August 4, 2025.

[2] Lyman's Motion for Summary Judgment, docket no. 17, filed July 29, 2025.

[3] Motion for Relief under Federal Rule of Civil Procedure 56(d), docket no. 33, filed November 24, 2025.

3.	The Clerk of Court is directed to CLOSE THE CASE.

Signed January 14, 2026.

BY THE COURT

_____
David Nuffer
United States District Judge
